**Glenford WILLOUGHBY, Appellant,**

v.

**ATTORNEY GENERAL.**

No. 03–2421.

United States Court of Appeals, Third Circuit.

Submitted Under Third Circuit LAR 34.1(a) June 24, 2004.

Decided July 7, 2004.

**Ernesto QUINTIERI, Petitioner,**

v.

**John ASHCROFT, Attorney General of the United States, Respondent.**

No. 03–1855.

United States Court of Appeals, Third Circuit.

Argued June 21, 2004.

Decided July 7, 2004.

Sandra L. Greene, York, PA, for Appellant.

Sonya F. Lawrence, Office of United States Attorney, Philadelphia, PA, for Appellee.

Before NYGAARD, MCKEE and CHERTOFF, Circuit Judges.

## OPINION

CHERTOFF, Circuit Judge.

We will affirm based on *Dia v. Ashcroft*, 353 F.3d 228 (3d Cir.2003) (en banc).